

MOORE, WALTERS, THOMPSON,
THOMAS, PAPILLION & CULLENS
A PROFESSIONAL LAW CORPORATION

6513 Perkins Road • Baton Rouge, Louisiana 70808
phone 225/766-1100 • fax 225/767-4486
www.mwtlaw.net • email: firm@mwtlaw.net

Charles R. Moore*
Edward J. Walters, Jr.
Steven C. Thompson
David Abboud Thomas
Darrel J. Papillion
J.E. Cullens, Jr.
S. Layne Lee
Patrick N. Broyles
Denise A. Bostick

Of Counsel:
Charles R. Davoli
Michelle M. Sorrells
Robin L. Krumholt
John L. Dugas

*Board Certified in Civil Trial Advocacy
National Board of Trial Advocacy

FILED
U.S. DIST. COURT
MIDDLE DISTRICT
2007 FEB 12 A 11:08
_____
BY DEPUTY CLERK

February 6, 2007

**VIA FACSIMILE AND UNITED STATES MAIL**

Honorable Ralph E. Tyson
Middle District of Louisiana
777 Florida Street, Suite 301
Baton Rouge, La 70801

    RE:    Norman Sanders vs. State of Louisiana, et al
             Docket No.: 06-536-RET-DLD
             My File No.: 8928

Dear Judge Tyson:

    I represent Norman Sanders in the above reference matter. The parties have amicably resolved this matter. We would request that the Court issue a sixty (60) day dismissal. If you should have any questions or comments, please do not hesitate to contact me.

    With kindest regards, I remain

        Very truly yours,

        **MOORE, WALTERS, THOMPSON,**
        **THOMAS, PAPILLION & CULLENS**

        David Abboud Thomas

DAT/sms
cc: Annette Seng (via facsimile and mail)
    Honorable D. Dalby (via facsimile and mail)
    Katie Schwartzmann (via facsimile and mail)