FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2007 FEB 12 P 2: 17

_____
BY DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

NORMAN SANDERS           CIVIL

VERSUS

STATE OF LOUISIANA         06-536-C-M3

## ORDER OF DISMISSAL

The court having been advised by counsel that the above action has been settled,

IT IS ORDERED that this action is hereby DISMISSED without prejudice to the right upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

IT IS FURTHER ORDERED that all pending motions are dismissed without prejudice as moot.

Baton Rouge, Louisiana, February 12, 2007.

RALPH E. TYSON, JUDGE
MIDDLE DISTRICT OF LOUISIANA